PROB 12C
(7/93)

Report Date: May 28, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 28 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victor Daniel Gaona, Jr.          Case Number: 0980 2:13CR02092-LRS-22

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 24, 2014

Original Offense:        Theft From a Gaming Establishment in Excess to $1,000, 18 U.S.C. § 1167(b)

Original Sentence:       Probation 36 Months            Type of Supervision: Probation

Asst. U.S. Attorney:     Alison L. Gregoire             Date Supervision Commenced: April 24, 2014

Defense Attorney:        Philip E. Nino                 Date Supervision Expires: April 23, 2017

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 12, 2015.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Mr. Gaona traveled outside the Eastern District of Washington, specifically Portland, Oregon, without permission from his probation officer on or about May 24, 2015. |

According to Mr. Gaona's Facebook post, on May 24, 2015, the defendant traveled to Portland, Oregon and visited the Multnomah Falls which is also in the State of Oregon without permission from his probation officer. Photos from the defendant's Facebook page show him with the background to be of Multnomah Falls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 28, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

5/28/15
Date